# EXHIBIT A

# SUMMONS

Attorney(s) ZAVODNICK, PERLMUTTER & BOCCIA
Office Address 26 JOURNAL SQUARE, SUITE 1102
Town, State, Zip Code JERSEY CITY, NEW JERSEY 07306

Telephone Number 2016531155
Attorney(s) for Plaintiff DEAN MANNING

DEAN MANNING

Plaintiff(s)

vs.

SWIFT TRANSPORTATION, ET ALS

Defendant(s)

**Superior Court of New Jersey**

Mercer County
LAW Division
Docket No: MER-L-1687-17

## CIVIL ACTION SUMMONS

From The State of New Jersey To The Defendant(s) Named Above:

The plaintiff, named above, has filed a lawsuit against you in the Superior Court of New Jersey. The complaint attached to this summons states the basis for this lawsuit. If you dispute this complaint, you or your attorney must file a written answer or motion and proof of service with the deputy clerk of the Superior Court in the county listed above within 35 days from the date you received this summons, not counting the date you received it. (A directory of the addresses of each deputy clerk of the Superior Court is available in the Civil Division Management Office in the county listed above and online at http://www.njcourts.gov/forms/10153_deptyclerklawref.pdf.) If the complaint is one in foreclosure, then you must file your written answer or motion and proof of service with the Clerk of the Superior Court, Hughes Justice Complex, P.O. Box 971, Trenton, NJ 08625-0971. A filing fee payable to the Treasurer, State of New Jersey and a completed Case Information Statement (available from the deputy clerk of the Superior Court) must accompany your answer or motion when it is filed. You must also send a copy of your answer or motion to plaintiff's attorney whose name and address appear above, or to plaintiff, if no attorney is named above. A telephone call will not protect your rights; you must file and serve a written answer or motion (with fee of $175.00 and completed Case Information Statement) if you want the court to hear your defense.

If you do not file and serve a written answer or motion within 35 days, the court may enter a judgment against you for the relief plaintiff demands, plus interest and costs of suit. If judgment is entered against you, the Sheriff may seize your money, wages or property to pay all or part of the judgment.

If you cannot afford an attorney, you may call the Legal Services office in the county where you live or the Legal Services of New Jersey Statewide Hotline at 1-888-LSNJ-LAW (1-888-576-5529). If you do not have an attorney and are not eligible for free legal assistance, you may obtain a referral to an attorney by calling one of the Lawyer Referral Services. A directory with contact information for local Legal Services Offices and Lawyer Referral Services is available in the Civil Division Management Office in the county listed above and online at http://www.njcourts.gov/forms/10153_deptyclerklawref.pdf.

/s/ Michelle Smith
Clerk of the Superior Court

DATED: 08/03/2017

Name of Defendant to Be Served: SWIFT TRANSPORTATION COMPANY OF ARIZONA, LLC
Address of Defendant to Be Served: 6500 WEST INDUSTRIAL HIGHWAY, GARY, INDIANA 46406

Revised 11/17/2014, CN 10792-English (Appendix XII-A)

MITCHELL PERLMUTTER, ESQ.
ATTORNEY ID NO. 022991993
Zavodnick, Perlmutter & Boccia, LLC
26 JOURNAL SQUARE, SUITE 1102
JERSEY CITY, NEW JERSEY   07306
(201) 653-1155
Attorney for the Plaintiff, Dean Manning

| | |
|---|---|
| DEAN MANNING,<br><br>Plaintiff(s),<br><br>vs.<br><br>SWIFT TRANSPORTATION COMPANY OF ARIZONA, LLC, SHURHAN M. SIMPSON, ABC-XYZ CORPORATIONS (A SERIES OF FICTITIOUS NAMES), JOHN DOE – RICHARD ROE (A SERIES OF FICTITIOUS NAMES), TARGET CORPORATION, DEF-GHI CORPORATIONS (A SERIES OF FICTITIOUS NAMES)<br><br>Defendants. | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION MERCER COUNTY<br><br>DOCKET NUMBER MER-L-<br><br>CIVIL ACTION<br><br>COMPLAINT AND JURY DEMAND |

Plaintiff, Dean Manning, residing at 210 Buckingham Avenue, Trenton, New Jersey, by way of Complaint says that:

### FIRST COUNT

1.   On or about November 25, 2015, the plaintiff, Dean Manning, was the operator of a motor vehicle which was proceeding along US Highway Route One in West Windsor Township, New Jersey.

2.   At said time and place, herein mentioned the defendant, Swift Transportation Company of Arizona, LLC, ABC-XYZ Corporation (a series of fictitious names), was the owner of the tractor and Target Corporation DEF-GHI Corporations (a series of fictitious names) was the owner of the trailer, and defendant, Shurahn M. Simpson, John Doe – Richard Roe (a series of fictitious names), was the operator of the

tractor trailer also traveling on US Highway Route One in West Windsor Township, New Jersey.

3. The defendants controlled and/or operated their motor vehicles in a careless, negligent and reckless manner, and caused their vehicle to collide into plaintiff's vehicle.

4. As a direct and proximate result of the aforesaid carelessness, negligence and recklessness of the defendants, the plaintiff, Dean Manning, was violently tossed about, sustained injuries causing permanent disability, permanent significant disfigurement, permanent loss of bodily function, and/or loss of earnings and earning capacity in excess of that provided by N.J.S.A. 39:6-1 et seq., has incurred or in the future will incur expenses for the treatment of said injuries in excess of the applicable threshold, has been disabled and in the future will be disabled and not able to perform his usual functions, has been caused and in the future will be caused great pain and suffering, has been deprived and in the future will be deprived of his right to the enjoyment of life to his great loss and damage.

WHEREFORE, the plaintiff demands judgement against the defendants including compensatory damages for his pain and suffering, physical and mental injuries, (as applicable), lost wages and lost economic opportunities, permanent physical and mental injuries, economic losses and other damages, attorney's fees, costs and interest and whatever other relief the court deems equitable.

## SECOND COUNT

1. Plaintiff repeats the foregoing counts as though set

forth at length herein.

2. Defendant vehicle owners Swift Transportation Company of Arizona, LLC, ABC-XYZ Corporation (a series of fictitious names), and Target Corporation DEF-GHI Corporations (a series of fictitious names), are vicariously liable for the negligent, careless and reckless acts of defendant driver, Shurahn M. Simpson, John Doe - Richard Roe (a series of fictitious names), because at the time of the collision, defendant driver was in the course of his employment, agency or service to defendant owner(s).

WHEREFORE, plaintiff, Dean Manning, demands judgment against the defendants, together with interest and costs of suit.

### THIRD COUNT

1. Plaintiff repeats the foregoing counts as though set forth at length herein.

2. Defendant vehicle owner Swift Transportation Company of Arizona, LLC, ABC-XYZ Corporation (a series of fictitious names), and trailer owner/registrant Target Corporation DEF-GHI Corporations (a series of fictitious names) owed a duty to control the use of the vehicle so that it was not used by someone who is a careless driver, was unqualified or unlicensed to drive a truck, or was otherwise unfit to drive a vehicle.

3. At all times relevant, Defendant vehicle driver Shurahn M. Simpson, John Doe - Richard Roe (a series of fictitious names), was habitually a careless driver, was unqualified or unlicensed to drive a truck, or was otherwise unfit to drive a vehicle.

4. Defendant vehicle owners Swift Transportation Company of Arizona, LLC, ABC-XYZ Corporation (a series of fictitious names) and/or Target Corporation, DEF-GHI Corporations (a series of fictitious names) knew or should have known, or are deemed to have known that Defendant vehicle driver Shurahn M. Simpson, John Doe - Richard Roe (a series of fictitious names), was habitually a careless driver, was unqualified or unlicensed to drive a truck, or was otherwise unfit to drive a vehicle and so negligently entrusted the vehicle to the driver.

5. As a direct and proximate cause of the negligent entrustment of the truck, the crash described above occurred and the plaintiff suffered injuries as described above.

WHEREFORE, plaintiff, Dean Manning, demands judgment against the defendants, together with interest and costs of suit.

### FOURTH COUNT

1. Plaintiff repeats the foregoing counts as though set forth at length herein.

2. Defendant trailer owner/registrant Target Corporation, DEF-GHI Corporations (a series of fictitious names) owed a duty to exercise reasonable care to hire competent and careful contractors when those contractors are hired to do work which will involve a risk of physical harm to third persons, such as trucking, unless the work is done carefully.

3. At all times relevant, defendant Swift Transportation Company of Arizona, LLC, ABC-XYZ Corporation (a series of fictitious names) was an unfit contractor for trucking when it was hired by

defendant Target Corporation, DEF-GHI Corporations (a series of fictitious names).

4. Defendant Target Corporation, DEF-GHI Corporations (a series of fictitious names) knew or should have known, or are deemed to have known that Defendant Swift Transportation Company of Arizona, LLC, ABC-XYZ Corporation (a series of fictitious names) was an unfit contractor to be hired for trucking and as such defendant Swift Transportation Company of Arizona, LLC, ABC-XYZ Corporation (a series of fictitious names) violated their duty to select a competent contractor.

5. As a direct and proximate cause of the negligent hiring of Swift Transportation Company of Arizona, LLC, ABC-XYZ Corporation (a series of fictitious names), the crash described above occurred and the plaintiff suffered injuries as described above.

WHEREFORE, plaintiff, Dean Manning, demands judgment against the defendants, together with interest and costs of suit.

ZAVODNICK, PERLMUTTER & BOCCIA, L.L.C.
By: _____
MITCHELL PERLMUTTER, ESQ.

Dated: August 3, 2017

## DEMAND FOR UNIFORM INTERROGATORIES

Demand is hereby made for answers to Uniform Interrogatories Form C, and Form C(1) in lieu of service pursuant to Rule 4:17-1(b)(ii) as contained

in Appendix II of the Rules of Court.

ZAVODNICK, PERLMUTTER & BOCCIA, L.L.C.
By: _____
MITCHELL PERLMUTTER, ESQ.

Dated: August 3, 2017

### NOTICE PURSUANT TO RULE 1:5-1(a) and 4:17-4(c)

Take notice that the undersigned attorney for plaintiff hereby demands pursuant to R. 1:5-1(a) and R. 4:17(c) that each party herein serving pleadings and interrogatories and receiving answers thereto, serve copies of all such pleadings and answered interrogatories received from any party upon the undersigned attorney and take notice that this is a continuing demand.

ZAVODNICK, PERLMUTTER & BOCCIA, L.L.C.
By: _____
MITCHELL PERLMUTTER, ESQ.

Dated: August 3, 2017

### DEMAND FOR TRIAL BY JURY

Plaintiff demands trial by jury as to all issues involved herein.

ZAVODNICK, PERLMUTTER & BOCCIA, L.L.C.
By: _____
MITCHELL PERLMUTTER, ESQ.

Dated: June 23, 2017

### DESIGNATION OF TRIAL COUNSEL

Pursuant to R.4:25-4, JOSEPH G. BOCCIA, ESQ., is hereby designated as

Trial Counsel of this matter.

ZAVODNICK, PERLMUTTER & BOCCIA, L.L.C.

By: _____
MITCHELL PERLMUTTER, ESQ.

Dated: August 3, 2017

## CERTIFICATION OF OTHER ACTIONS

I hereby certify that this matter is not the subject of any other action pending in any Court or a pending Arbitration proceeding, nor is any other action or Arbitration contemplated. All parties known to plaintiff who should have been joined in this action, have been joined.

ZAVODNICK, PERLMUTTER & BOCCIA, L.L.C.

By: _____
MITCHELL PERLMUTTER, ESQ.

Dated: August 3, 2017

MER-L-001687-17   08/03/2017 1:51:32 PM Pg 8 of 9 Trans ID: LCV201796250

Appendix XII-B1

# CIVIL CASE INFORMATION STATEMENT (CIS)

Use for initial Law Division Civil Part pleadings (not motions) under *Rule* 4:5-1
Pleading will be rejected for filing, under *Rule* 1:5-6(c), if information above the black bar is not completed or attorney's signature is not affixed

**FOR USE BY CLERK'S OFFICE ONLY**
PAYMENT TYPE: ☐ CK ☐ CG ☐ CA
CHG/CK NO.
AMOUNT:
OVERPAYMENT:
BATCH NUMBER:

| ATTORNEY / PRO SE NAME | TELEPHONE NUMBER | COUNTY OF VENUE |
|---|---|---|
| MITCHELL PERLMUTTER/ID 022991993 | (201) 653-1155 | Mercer |

| FIRM NAME (if applicable) | DOCKET NUMBER (when available) |
|---|---|
| ZAVODNICK, PERLMUTTER & BOCCIA, LLC | |

| OFFICE ADDRESS | DOCUMENT TYPE |
|---|---|
| 26 JOURNAL SQUARE SUITE 1102 JERSEY CITY, NEW JERSEY 07306 | COMPLAINT |
| | JURY DEMAND ■ Yes ☐ No |

| NAME OF PARTY (e.g., John Doe, Plaintiff) | CAPTION |
|---|---|
| PLAINTIFF, DEAN MANNING | MANNING V. SWIFT TRANSPORTATION, ET ALS. |

| CASE TYPE NUMBER (See reverse side for listing) | HURRICANE SANDY RELATED? | IS THIS A PROFESSIONAL MALPRACTICE CASE? ☐ YES ■ NO |
|---|---|---|
| 603N | ☐ YES ■ NO | IF YOU HAVE CHECKED "YES," SEE N.J.S.A. 2A:53 A-27 AND APPLICABLE CASE LAW REGARDING YOUR OBLIGATION TO FILE AN AFFIDAVIT OF MERIT. |

| RELATED CASES PENDING? | IF YES, LIST DOCKET NUMBERS |
|---|---|
| ☐ YES ■ No | |

| DO YOU ANTICIPATE ADDING ANY PARTIES (arising out of same transaction or occurrence)? | NAME OF DEFENDANT'S PRIMARY INSURANCE COMPANY (if known) |
|---|---|
| ☐ YES ■ No | ☐ NONE ☐ UNKNOWN |

**THE INFORMATION PROVIDED ON THIS FORM CANNOT BE INTRODUCED INTO EVIDENCE.**

CASE CHARACTERISTICS FOR PURPOSES OF DETERMINING IF CASE IS APPROPRIATE FOR MEDIATION

| DO PARTIES HAVE A CURRENT, PAST OR RECURRENT RELATIONSHIP? | IF YES, IS THAT RELATIONSHIP: |
|---|---|
| ☐ YES ■ No | ☐ EMPLOYER/EMPLOYEE ☐ FRIEND/NEIGHBOR ☐ OTHER (explain) ☐ FAMILIAL ☐ BUSINESS |

DOES THE STATUTE GOVERNING THIS CASE PROVIDE FOR PAYMENT OF FEES BY THE LOSING PARTY?   ☐ YES  ■ No

USE THIS SPACE TO ALERT THE COURT TO ANY SPECIAL CASE CHARACTERISTICS THAT MAY WARRANT INDIVIDUAL MANAGEMENT OR ACCELERATED DISPOSITION

| DO YOU OR YOUR CLIENT NEED ANY DISABILITY ACCOMMODATIONS? | IF YES, PLEASE IDENTIFY THE REQUESTED ACCOMMODATION |
|---|---|
| ☐ YES ■ No | |
| WILL AN INTERPRETER BE NEEDED? | IF YES, FOR WHAT LANGUAGE? |
| ☐ YES ■ No | |

I certify that confidential personal identifiers have been redacted from documents now submitted to the court, and will be redacted from all documents submitted in the future in accordance with *Rule* 1:38-7(b).

ATTORNEY SIGNATURE: /s/ M.P.

Effective 06/05/2017, CN 10517                                                                                         page 1 of 2

**Side 2**



# CIVIL CASE INFORMATION STATEMENT
## (CIS)
Use for initial pleadings (not motions) under *Rule* 4:5-1

**CASE TYPES** (Choose one and enter number of case type in appropriate space on the reverse side.)

**Track I - 150 days' discovery**
- 151 NAME CHANGE
- 175 FORFEITURE
- 302 TENANCY
- 399 REAL PROPERTY (other than Tenancy, Contract, Condemnation, Complex Commercial or Construction)
- 502 BOOK ACCOUNT (debt collection matters only)
- 505 OTHER INSURANCE CLAIM (including declaratory judgment actions)
- 506 PIP COVERAGE
- 510 UM or UIM CLAIM (coverage issues only)
- 511 ACTION ON NEGOTIABLE INSTRUMENT
- 512 LEMON LAW
- 801 SUMMARY ACTION
- 802 OPEN PUBLIC RECORDS ACT (summary action)
- 999 OTHER (briefly describe nature of action)

**Track II - 300 days' discovery**
- 305 CONSTRUCTION
- 509 EMPLOYMENT (other than CEPA or LAD)
- 599 CONTRACT/COMMERCIAL TRANSACTION
- 603N AUTO NEGLIGENCE – PERSONAL INJURY (non-verbal threshold)
- 603Y AUTO NEGLIGENCE – PERSONAL INJURY (verbal threshold)
- 605 PERSONAL INJURY
- 610 AUTO NEGLIGENCE – PROPERTY DAMAGE
- 621 UM or UIM CLAIM (includes bodily injury)
- 699 TORT – OTHER

**Track III - 450 days' discovery**
- 005 CIVIL RIGHTS
- 301 CONDEMNATION
- 602 ASSAULT AND BATTERY
- 604 MEDICAL MALPRACTICE
- 606 PRODUCT LIABILITY
- 607 PROFESSIONAL MALPRACTICE
- 608 TOXIC TORT
- 609 DEFAMATION
- 616 WHISTLEBLOWER / CONSCIENTIOUS EMPLOYEE PROTECTION ACT (CEPA) CASES
- 617 INVERSE CONDEMNATION
- 618 LAW AGAINST DISCRIMINATION (LAD) CASES

**Track IV - Active Case Management by Individual Judge / 450 days' discovery**
- 156 ENVIRONMENTAL/ENVIRONMENTAL COVERAGE LITIGATION
- 303 MT. LAUREL
- 508 COMPLEX COMMERCIAL
- 513 COMPLEX CONSTRUCTION
- 514 INSURANCE FRAUD
- 620 FALSE CLAIMS ACT
- 701 ACTIONS IN LIEU OF PREROGATIVE WRITS

**Multicounty Litigation (Track IV)**
- 271 ACCUTANE/ISOTRETINOIN
- 274 RISPERDAL/SEROQUEL/ZYPREXA
- 281 BRISTOL-MYERS SQUIBB ENVIRONMENTAL
- 282 FOSAMAX
- 285 STRYKER TRIDENT HIP IMPLANTS
- 286 LEVAQUIN
- 287 YAZ/YASMIN/OCELLA
- 289 REGLAN
- 290 POMPTON LAKES ENVIRONMENTAL LITIGATION
- 291 PELVIC MESH/GYNECARE
- 292 PELVIC MESH/BARD
- 293 DEPUY ASR HIP IMPLANT LITIGATION
- 295 ALLODERM REGENERATIVE TISSUE MATRIX
- 296 STRYKER REJUVENATE/ABG II MODULAR HIP STEM COMPONENTS
- 297 MIRENA CONTRACEPTIVE DEVICE
- 299 OLMESARTAN MEDOXOMIL MEDICATIONS/BENICAR
- 300 TALC-BASED BODY POWDERS
- 601 ASBESTOS
- 623 PROPECIA
- 624 STRYKER LFIT CoCr V40 FEMORAL HEADS

If you believe this case requires a track other than that provided above, please indicate the reason on Side 1, in the space under "Case Characteristics.

Please check off each applicable category ☐ Putative Class Action ☐ Title 59

MER-L-001687-17   08/03/2017 1:51:32 PM   Pg 1 of 1 Trans ID: LCV201796250

# Civil Case Information Statement

Case Caption: MANNING DEAN VS SWIFT TRANSPORTATION COMPANY
Case Initiation Date: 08/03/2017
Attorney Name: MITCHELL D PERLMUTTER
Firm Name: ZAVODNICK PERLMUTTER & BOCCIA, LLC
Address: 26 JOURNAL SQUARE STE 1102
JERSEY CITY NJ 073060000
Phone:
Name of Party: PLAINTIFF : Manning, Dean
Name of Defendant's Primary Insurance Company (if known): Unknown

Case Type: AUTO NEGLIGENCE-PERSONAL INJURY (NON-VERBAL THRESHOLD)
Document Type: Complaint with Jury Demand
Jury Demand: YES - 6 JURORS
Hurricane Sandy related? NO
Is this a professional malpractice case? NO
Related cases pending: NO
If yes, list docket numbers:
Do you anticipate adding any parties (arising out of same transaction or occurrence)? NO

**CASE CHARACTERISTICS FOR PURPOSES OF DETERMINING IF CASE IS APPROPRIATE FOR MEDIATION**

Do parties have a current, past, or recurrent relationship? NO

If yes, is that relationship:

Does the statute governing this case provide for payment of fees by the losing party? NO

Use this space to alert the court to any special case characteristics that may warrant individual management or accelerated disposition:


Do you or your client need any disability accommodations? NO
   If yes, please identify the requested accommodation:


Will an interpreter be needed? NO
   If yes, for what language:

I certify that confidential personal identifiers have been redacted from documents now submitted to the court, and will be redacted from all documents submitted in the future in accordance with Rule 1:38-7(b)

08/03/2017
Dated

/s/ MITCHELL D PERLMUTTER
Signed