Our File No. 201827

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| DEAN MANNING<br><br>            Plaintiff,<br><br>vs.<br><br>SWIFT TRANSPORTATION COMPANY OF ARIZONA, LLC, SHURHAN M. SIMPSON, ABC-XYZ CORPORATIONS (A SERIES OF FICTITIOUS NAMES), JOHN DOE, RICHARD ROE (A SERIES OF FICTITIOUS NAMES), TARGET CORPORATION, DEF-GHI CORPORATIONS (A SERIES OF FICTITIOUS NAMES)<br><br>            Defendants. | Civil Action No.: 3:17-cv-06781-PGS-TJB |

## STIPULATION OF DISMISSAL WITH PREJUDICE

It is hereby stipulated and agreed that the above-entitled action, having been amicably adjusted by and between the parties, is hereby dismissed with prejudice and without costs against either party.

This court shall retain jurisdiction to enforce the terms and conditions of the settlement.

ZAVODNICK, PERLMUTTER & BOCCIA, LLC

By: _____
Mitchell Perlmutter, Esquire
Attorney for Plaintiff
Dean Manning

Date: December 8, 2017

SALMON RICCHEZZA SINGER & TURCHI LLP

By: _____
Jeffrey A. Segal, Esquire
Attorneys for Defendants
Swift Transportation Co. of Arizona, Shurhan M. Simpson, and Target Corporation

Date: 1-15-18

{00305200.DOCX}

SO ORDERED:

_____
PETER G. SHERIDAN, U.S.D.J.

{00305200.DOCX}